\*E-FILED 11-10-2011\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HRK by and through his Guardian Ad Litem, JDK, | No. C11-05382 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |
| v. | |
| FREMONT UNION HIGH SCHOOL DISTRICT, | |
| Defendant. | |

On November 7, 2011, plaintiff filed a complaint, along with a motion for preliminary injunction. (Docket No. 3). Because plaintiff has requested immediate injunctive relief, but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's motion. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly to reassign this case to a District Judge. See 28 U.S.C. § 636.

SO ORDERED.

Dated: November 9, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-05382-HRL Notice has been electronically mailed to:

2  Kathryn E. Dobel     spedlaw@comcast.net, k.dobel@comcast.net

3  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.