**United States District Court**
For the Northern District of California

1

2                                              **\*E-FILED 11-10-2011\***

3

4

5

6

7                                              NOT FOR CITATION

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                             SAN JOSE DIVISION

11   HRK by and through his Guardian Ad Litem,          No. C11-05382 HRL
     JDK,
12                                                      **ORDER THAT CASE BE REASSIGNED**
                    Plaintiff,                          **TO A DISTRICT COURT JUDGE**
13
      v.
14
     FREMONT UNION HIGH SCHOOL
15   DISTRICT,

16                  Defendant.
                                              /
17

18          On November 7, 2011, plaintiff filed a complaint, along with a motion for preliminary

19   injunction.  (Docket No. 3).  Because plaintiff has requested immediate injunctive relief, but

20   none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction

21   to hear plaintiff's motion.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall

22   promptly to reassign this case to a District Judge.  See 28 U.S.C. § 636.

23          SO ORDERED.

24   Dated: November 9, 2011

25

26   HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

27

28

1    5:11-cv-05382-HRL Notice has been electronically mailed to:

2    Kathryn E. Dobel      spedlaw@comcast.net, k.dobel@comcast.net

3    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2