Laurie E. Reynolds, SBN 148693
lreynolds@fagenfriedman.com
Douglas N. Freifeld, SBN 114804
dfreifeld@fagenfriedman.com
Melanie D. Seymour, SBN 264789
mseymour@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California  94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for FREMONT UNION HIGH SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HRK, BY AND THROUGH HIS GUARDIAN AD LITEM, JDK,<br><br>   Plaintiff,<br><br>vs.<br><br>FREMONT UNION HIGH SCHOOL DISTRICT,<br><br>   Defendant. | CASE NO. C11-05382 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES LEAVE TO FILE SUPPLEMENTAL BRIEFING<br><br>As Amended |

The parties having jointly stipulated to move for administrative relief to allow supplemental briefing, or in the alternative to seek Court approval for the parties simultaneously to file supplemental briefing in order to address an out of Circuit case (*Casey K. ex rel. Norman K. v. St. Anne Community High School District No. 302*, 400 F.3d 508 (7th Cir. 2005) raised by the Court at oral argument on the Motion for Preliminary Injunction on January 26, 2012; which case was neither cited, briefed or argued by the parties, and the Court having considered said Motion and Joint Stipulation, the Court hereby makes the following order.

**IT IS HEREBY ORDERED** that the parties are granted leave simultaneously to file supplemental briefing on *Casey K. ex rel. Norman K. v. St. Anne Community High School District No. 302*, 400 F.3d 508 (7th Cir. 2005) , not to exceed three pages in length per side.

**IT IS FURTHER ORDERED** that the parties shall file their separate, supplemental briefing via electronic filing no later than 5:00 p.m. on Wednesday, February 1, 2012.

**IT IS FURTHER ORDERED** that the Parties must (1) notify the Court immediately if they settle the dispute in this case; (2) file with the Court a copy of the OAH's ruling on Petitioner's due process complaint once the ruling issues; and (3) by February 8, 2012, file a status report, not to exceed 2 pages per side, regarding any new developments that impact Petitioner's pending stay put motion.

**IT IS SO ORDERED.**

Dated: January 30, 2012

*Lucy H. Koh*
Lucy H. Koh, U.S. District Judge