Laurie E. Reynolds, SBN 148693
lreynolds@fagenfriedman.com
Douglas N. Freifeld, SBN 114804
dfreifeld@fagenfriedman.com
Melanie D. Seymour, SBN 264789
mseymour@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for FREMONT UNION HIGH SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HRK, BY AND THROUGH HIS GUARDIAN AD LITEM, JDK,<br><br>Plaintiff,<br><br>vs.<br><br>FREMONT UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C-11 05382 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:          None Set |

IT IS HEREBY STIPULATED by and between Plaintiff HRK, BY AND THROUGH HIS GUARDIAN AD LITEM, and Defendant FREMONT UNION HIGH SCHOOL DISTRICT, through their undersigned counsel, that the entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a).

IT IS FURTHER STIPULATED that the Court shall direct the clerk to enter the dismissal of the entire action with prejudice.

IT IS FURTHER STIPULATED that the parties will bear their own costs and attorneys' fees except as otherwise set forth in the confidential settlement agreement between the parties.

DATED: February 8, 2012            Respectfully submitted,

                                   FAGEN FRIEDMAN & FULFROST, LLP


                                   By:  /s/ Laurie E. Reynolds
                                        Laurie E. Reynolds
                                        Attorneys for FREMONT UNION HIGH
                                        SCHOOL DISTRICT

DATED: February 8, 2012            LAW OFFICE OF KATHRYN DOBEL


                                   By:  /s/ Kathryn E. Dobel
                                        Kathryn E. Dobel
                                        Attorney for HRK, BY AND THROUGH HIS
                                        GUARDIAN AD LITEM


I, Laurie E. Reynolds, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE.  In compliance with General Order 45, X.B., I hereby attest that Kathryn E. Dobel has concurred in this filing.

DATED: February 8, 2012            FAGEN FRIEDMAN & FULFROST, LLP


                                   By:  /s/ Laurie E. Reynolds
                                        Laurie E. Reynolds
                                        Attorneys for FREMONT UNION HIGH
                                        SCHOOL DISTRICT

**ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED AND ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a).

2. The clerk shall enter dismissal of the entire action with prejudice.

3. All parties shall bear their own costs and attorneys' fees except as otherwise set forth in the confidential settlement agreement between the parties.

IT IS SO ORDERED.   The Clerk shall close the file.

Date:  February 8, 2012

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
JUDGE OF THE UNITED STATES DISTRICT COURT

00213.00122/330673.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

3
C-11 05382 LHK
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE